## UNITED STATES DISTRICT COURT
### District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

Plaintiff,

v.

CASE NO.    21-CR-10003-01-02-03-EFM

BRIAN MITCHELL,
JERMAINE OLIVER, and
DEMETRIUS LARRAGA,

Defendants.

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

### POSSESSION OF AMMUNITION
### BY A CONVICTED FELON
### [Title 18, U.S.C. § 922(g)(1)]

On or about January 2, 2021, in the District of Kansas, the defendant,

### BRIAN MITCHELL,

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly possess ammunition, to-wit: 9mm ammunition, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

## COUNT 2

### POSSESSION OF AMMUNITION
### BY A CONVICTED FELON
### [Title 18, U.S.C. § 922(g)(1)]

On or about January 2, 2021, in the District of Kansas, the defendant,

### JERMAINE OLIVER,

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly possess ammunition, to-wit: .40 caliber ammunition, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

## COUNT 3

### POSSESSION OF AMMUNITION
### BY A CONVICTED FELON
### [Title 18, U.S.C. § 922(g)(1)]

On or about January 2, 2021, in the District of Kansas, the defendant,

### DEMETRIUS LARRAGA,

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly possess ammunition, to-wit: .380 caliber ammunition, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

1.      Upon conviction of the violation(s) set forth in Count 1 of this Indictment, the defendant, **BRIAN MITCHELL, JERMAINE OLIVER,** and **DEMETRIUS**

2

**LARRAGA**, shall forfeit to the United States of America any firearms, and ammunition involved in the commission of the offenses, including, not limited to, the following:

       A.     a handgun; and,

       B.     any ammunition.

All pursuant to Title 18, United States Code, § 924(d), and 28 United States Code, § 2461.

A TRUE BILL.

January 26, 2021                                  s/Foreperson
DATE                                                  FOREPERSON OF THE GRAND JURY


STEPHEN R. McALLISTER
UNITED STATES ATTORNEY

By: /s/ Matt Treaster
MATT TREASTER
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: matt.treaster@usdoj.gov
Ks. S. Ct. No. 17473

---

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

---

3